**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 22-6355**

———————

JASON ERNEST CHAPPELL,

Plaintiff - Appellant,

v.

OFFICER FRANKLIN; LT. SWETT; SGT. DEAVER; DEBRA A. HARDEN; SHARON HOBBS; JONATHAN SUMMERLIN; ANN H. DAVENPORT; LORIS SUTTON; FENTRESS BRYANT,

Defendants - Appellees,

and

CAROLINAS MEDICAL CENTER; JAMES ALDER; MEDICAL SERVICE SYSTEM,

Defendants.

———————

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh. James C. Dever III, District Judge. (5:18-ct-03363-D)

———————

Submitted: November 22, 2022                    Decided: November 28, 2022

———————

Before HARRIS and RICHARDSON, Circuit Judges, and TRAXLER, Senior Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

Jason Ernest Chappell, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jason Ernest Chappell appeals the district court's order granting Defendants summary judgment. We have reviewed the record and find no reversible error. Accordingly, we deny Chappell's motion for appointment of counsel and affirm. *Chappell v. Franklin*, No. 5:18-ct-03363-D (E.D.N.C. Dec. 15, 2021). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*